1  GEOFFREY A. HANSEN
   Acting Federal Public Defender
2  DANIEL P. BLANK
   Assistant Federal Public Defender
3  450 Golden Gate Avenue
   San Francisco, CA  94102
4  Telephone:  (415) 436-7700

5  Counsel for Defendant PITA

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE NORTHERN DISTRICT OF CALIFORNIA

11 UNITED STATES OF AMERICA,           )
                                        )  No. CR 11-0745 EMC
                   Plaintiff,           )
12                                      )  STIPULATION AND [PROPOSED]
       v.                               )  ORDER CONTINUING SENTENCING
13                                      )  HEARING
   GETHSEMANE PITA,                     )
14                                      )  Honorable Edward M. Chen
                   Defendant.           )
15 _____)

Defendant Gethsemane Pita is scheduled to next appear before the Court for sentencing on February 29, 2012.  However, an unforeseen conflict has arisen to precludes undersigned counsel from attending on that date.  Accordingly, the parties stipulate and jointly request that the sentencing hearing be continued one week to Wednesday, March 7, 2012, at 2:30 p.m.  United States Probation Officer Trevor Lilian has been consulted and does not object to this request.

IT IS SO STIPULATED.

                                 MELINDA HAAG
                                 United States Attorney

DATED:    January 27, 2012               _____/s/_____
                                 BRIGID MARTIN
                                 Assistant United States Attorney

DATED:    January 27, 2012               _____/s/_____
                                 DANIEL P. BLANK
                                 Assistant Federal Public Defender
                                 Attorney for Gethsemane Pita

IT IS SO ORDERED.

DATED:    January 30, 2012               _____
                                 EDWARD M. CHEN
                                 United States District Judge

*[Stamp: IT IS SO ORDERED / Judge Edward M. Chen; Seal: United States District Court, Northern District of California]*

STIP. & PROP. ORDER                1