1
2
3
4
5
6
7
8                       UNITED STATES DISTRICT COURT
9                      NORTHERN DISTRICT OF CALIFORNIA
10
11  AYLUS NETWORKS, INC.,                CASE NO. 3:13-cv-04700-EMC (KAW)
12                 Plaintiff,            [PROPOSED] ORDER GRANTING
                                         ADMINISTRATIVE MOTION TO FILE
13       v.                              DOCUMENTS UNDER SEAL
14  APPLE INC.,
15                 Defendant.
16
17
18
19
20
21
22
23
24
25
26
27
28

On November 9, 2015, Defendant Apple Inc. ("Apple") filed an Administrative Motion to File Documents Under Seal those limited portions of Apple's Opposition to Plaintiff Aylus Networks, Inc.'s Motion for Partial Summary Judgment of No Invalidity ("Opposition"), and limited portions of Exhibit 8 to the Declaration of Robert Buergi ("Buergi Declaration") in support of Apple's Opposition that discuss or refer to information that Apple has designated as "CONFIDENTIAL – Attorney's Eyes Only" under the Protective Order.

Pursuant to Civil L.R. 79-5(e), Apple has filed a declaration establishing good cause and compelling reasons to seal those portions of the Opposition and Exhibit 8 to the Buergi Declaration. Accordingly, for good cause shown, the Court ORDERS that the following documents shall be filed under seal:

| Document | Portions to be Filed Under Seal |
| --- | --- |
| Apple's Opposition to Aylus Networks, Inc.'s Motion for Partial Summary Judgment of No Invalidity | Highlighted portions of Apple's Opposition to Aylus Networks, Inc.'s Motion for Partial Summary Judgment of No Invalidity on pages 11 and 15. |
| Exhibit 8 to the Buergi Declaration (excerpts from the transcript of the September 23, 2015 deposition of Dan Schonfeld) | Highlighted portions of Exhibit 8 on pages 57 and 172-74. |

**IT IS SO ORDERED.**

DATED: <u>1/21/16</u>, 2015



Hon. Edward M. Chen
United States District Judge

IT IS SO ORDERED
Judge Edward M. Chen

DLA Piper LLP (US)
East Palo Alto

1
[PROPOSED] ORDER GRANTING ADMIN MOTION TO SEAL
CASE NO. 13-CV-4700-EMC (KAW)

BRIAN J. STRETCH (CABN 163973)
Acting United States Attorney

DAVID R. CALLAWAY (CABN 121782)
Chief, Criminal Division

JEFFREY SHIH (CABN 296945)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7168
    Email: jeffrey.shih@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 3:11-CR-00745-EMC |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER MODIFYING SUPERVISED RELEASE CONDITIONS |
| v. | |
| GETHSEMANE PITA, | |
| Defendant. | |

The parties stipulate to the following modification of Mr. Pita's supervised release in order to add the following special condition:

<u>Special Condition (Stay Away)</u>: The defendant shall not be in the vicinity of the following areas, unless otherwise approved by the probation officer:

<u>Bayview-Hunters Point area</u>: The Bayview-Hunters Point area is located in the southeastern part of San Francisco along the main artery of Third Street from India Basin to Candlestick Point. The boundaries are Cesar Chavez Boulevard to the north, U. S. Highway 101 (Bayshore Freeway) to the west, Bayview Hill to the south, and the San Francisco Bay to the east. Neighborhoods within the district include Hunters Point, India Basin, Bayview, Silver Terrace, Bret Harte, Islais Creek Estuary and South Basin. The entire southern half of the neighborhood is the Candlestick Point State Recreation Area.

STIPULATION & ORDER RE MODIFICATION      1

Potrero Hill Housing projects: The housing projects are located at Missouri Street and Watchman Way; Missouri Street and Turner Terrace; Dakota Street between 23 Street and 25th Street; Texas Fire Road (starting at Dakota Street and up Tuner Terrace); Connecticut Street between 26th Street and Wisconsin; and Wisconsin Street between 23rd Street and 26th Street.

Towerside/Down Under Gang territories or the vicinity: The "L" shaped area bordered by Schwerin Avenue, Visitacion Avenue and Hahn Street, and the Sunnydale Public Housing Development's northern, western and southern borders, the latter of which then proceeds along Velasco Avenue.

Alemany Housing project: The housing project is located on Ellsworth Street at the intersection of Alemany Boulevard.

Mr. Pita's Probation Officer has reviewed and concurs in this stipulated modification.

IT IS SO STIPULATED.

DATED: January 20, 2016

DANIEL BLANK
Federal Public Defender's Office
Counsel for Gethsemane Pita

BRIAN J. STRETCH
Acting United States Attorney

DATED: January 20, 2016

JEFFREY SHIH
Assistant United States Attorney

## [PROPOSED] ORDER MODIFYING CONDITIONS OF RELEASE

IT IS ORDERED that that Mr. Pita's supervised release is modified in order to add the special stay away condition as stipulated by the parties above.

Dated: January 20, 2016

HONORABLE EDWARD M. CHEN
UNITED STATES DISTRICT JUDGE

STIPULATION & ORDER RE MODIFICATION     2